**Order entered May 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

**GENA MARCELLA MERCADANTE, ET AL., Appellants**

**V.**

**ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

We **GRANT** appellants' May 22, 2014 unopposed motion for an extension of time to file

a brief.  Appellants shall file their brief on or before July 7, 2014.


/s/      ELIZABETH LANG-MIERS
                JUSTICE